UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Dushawn Wright, | Civil No. 07-4121 (PAM/JSM) |
| Petitioner, | |
| v. | **ORDER** |
| Lynn Dingle, Warden, | |
| Respondent. | |

_____

The above matter comes before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Janie S. Mayeron dated November 30, 2007. No objections to the R&R were filed in the time period allowed. Based on the R&R and the files, records and proceedings herein, **IT IS HEREBY ORDERED that:**

1. Petitioner's amended petition for writ of habeas corpus (Docket No. 7) is **DENIED**;

2. Petitioner's application for leave to proceed in forma pauperis, (Docket Nos. 4 and 8) is **DENIED as moot**; and

3. This action is **DISMISSED with prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 28, 2008_____

s/ Paul A. Magnuson
Paul A. Magnuson
United States District Judge